## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 20-13536 |
| | ) | |
| Mary Ann Hairston-Prah | ) | Chapter 13 |
| | ) | |
| | ) | Judge COX |
| Debtor(s). | ) | |

### NOTICE OF MOTION

**To the following persons or entities who were served via email by the Bankruptcy Court:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Ch. 13 Trustee: ecf@tvch13.net, ecfchi@gmail.com,courtmail@tvch13.net

**To the following persons or entities who were served via regular U.S. Mail:**
See attached service list.

PLEASE TAKE NOTICE that on **July 27, 2020**, at **9:00 AM**, I will appear before the **Honorable Jacqueline Cox**, or any judge sitting in that judge's place, and present the attached **Motion to Extend the Automatic Stay.**

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

### PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on July 14, 2020 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/    David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

Mary Ann Hairston-Prah
16440 California Ave.
Markham, IL 60428-4706

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

AT&T |Bankruptcy Department
5407 Andrew Highway
Midland, TX 79706-3615

Advocate Medical Group
20110 Governors Highway
Olympia Fields, IL 60461-1088

Americash-Bankruptcy Department
Market Square Shop Center
180 S Bolingbrook Dr
Bolingbrook, IL 60440-2852

Aprial Healthcare, LLC
Attn: Legal Department
26220 Enterprise Court
Lake Forest, CA 92630-8405

Arnold Scott Harris, P.C.
111 W. Jackson Blvd. Ste. 600
Chicago, IL 60604-3517

Cap One |Bankruptcy Department
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One Auto Finance
|a division of Capital One NA
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank USA NA
PO Box 71083
Charlotte, NC 28272-1083

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Check N Go |Bankruptcy Department
3435 Dempster
Skokie, IL 60076-2441

City of Chicago Dept. of Revenue
Camera Enforcement Violation
PO Box 88292
Chicago, IL 60680-1292

City of Chicago Parking
Department of Finance
P. O. Box 6330
Chicago, IL 60680-6330

City of Markham
16313 S. Kedzie Parkway
Harvey, IL 60428-5598

Codilis & Associates
15W030 N. Frontage Rd.|Suite 100
Burr Ridge, IL 60527-6921

Debt Stoppers/Semrad
20 S. Clark Street|28th Floor
Chicago, IL 60603-1811

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

GLOBAL PAYMENTS CHECK SERVICES LLC
ATTN F&B SUPPORT
6215 W HOWARD STREET
NILES IL 60714-3403

Heigths Finance
Bankruptcy Department
1815 W 45th St.
Griffith, IN 46319-3702

IC Systems
444 Highway 96 East
Saint Paul, MN 55127-2557

IRS | Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

JPMCB Auto Finance
Bankruptcy Department
PO Box 901076
Fort Worth, TX 76101-2076

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Metro South Hospital
12246 S. Pulaski Road
Alsip, IL 60803-1405

Midwest Orthopaedic at Roselle
PO Box 88336
Carol Stream, IL 60188-0336

Ocwen Loan Service, LLC
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

PHH Mortgage Corporation
Bankruptcy Department
1 Mortgage Way, Mail Stop SV22
Mount Laurel, NJ 08054-4637

PRA Receivable Management
PO Box 41021
Norfolk, VA 23541-1021

Pollack & Rosen, PC
1825 Barrett Lakes Blvd | Suite 510
Kennesaw, GA 30144-7519

Real Time Resolutions, Inc.
Bankruptcy Department
PO Box 566027
Dallas, TX 75356-6027

SYNCB/WALMART DC
4125 Windward Plaza
Alpharetta, GA 30005-8738

Secretary of State
Safety & Financial Responsibility
2701 South Dirksen Parkway
Springfield, IL 62723-1000

Secreary of State License Renewal*
17 N State | Suite 1100
Chicago, IL 60602-3561

Sun Cash
598 Torrence Ave
Calumet City, IL 60409-3813

Synchrony Bank (Walmart Credit Card)
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

TBOM/ATLS/FORTIVA
PO Box 105555
Atlanta, GA 30348-5555

THD/CBNA (Home Depot)
PO Box 6497
Sioux Falls, SD 57117-6497

The Bank of Missouri
P.O. Box 105555
Atlanta, GA 30348-5555

U.S. Department of Housing and Urban Develop
77 West Jackson Boulevard
Chicago, IL 60604-3579

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 20 B 13536 |
| | ) | |
| Mary Ann Hairston-Prah, | ) | Chapter 13 |
| | ) | |
| | ) | Judge Cox |
| Debtor(s). | ) | |

### MOTION TO EXTEND THE AUTOMATIC STAY

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, and in support of her Motion, states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On January 30, 2020 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the hearing on confirmation is set for August 24, 2020.

3. Tom Vaughn was appointed Trustee in this case.

4. That Debtor had a prior pending bankruptcy (Case#18-22183) within one year preceding the filing of this case that was dismissed other than under §707(b).

5. That Debtor has filed the present case in good faith and there has been a change in circumstances since the previous case.

6. That Debtor's financial affairs have substantially changed because the Debtor lost her part time job which caused her to fall behind in her plan payments.

7. That Debtor is now getting family help to replace the lost income which will help her with her Chapter 13 plan payments which is evidenced by a signed Affidavit (See Attached Exhibit A).

8. That Debtor requests pursuant to §362(c)(3) that the automatic stay be extended as to any and all creditors.

9.     That this request to extend the automatic stay is made in good faith, without the intent to defraud creditors, and proper notice has been had on all necessary parties.

10.     That the Debtor has filed an additional two individual bankruptcy cases, which include: 15-30430, filed 09/04/15, discharged 12/22/15; 18-22183, filed 8/7/18, dismissed 1/30/20.

WHEREFORE, Debtor respectfully requests that this honorable court grant Debtor's Motion to Extend the Automatic Stay.

Respectfully Submitted,

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

# EXHIBIT

# A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re: ) Case No: 20-13536
)
    Mary Ann Hairston-Prah ) Chapter 13
)
Debtor(s). ) Judge: COX

## AFFIDAVIT

The Debtor, **Mary Ann Hairston-Prah**, in the above captioned case, under penalty of perjury, states as follows:

1. That I, Mary Ann Hairston-Prah, is the debtor in the above-referenced case, and have knowledge of the facts contained within this affidavit.

2. That I filed a previous Chapter 13 cases, Case #18-22183, dismissed on January 30, 2020.

3. That the aforementioned case was dismissed because I lost my part time job which caused me to fall behind in my plan payments.

4. I am now getting family help to replace the lost income which will help me with my Chapter 13 plan payments.

5. That said income will allow the Chapter 13 plan to be completed within 60 months, and will allow the effective reorganization of our debts.

6. That this current Chapter 13 case was filed in good faith, with the intention of repaying my creditors.

By signing this statement, we declare under penalty of perjury that all of the information contained herein is true and accurate, and acknowledge that the Court may rely on the truth of this statement in determining whether to impose the bankruptcy stay for the above Chapter 13 case. I understand the Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

Signed: /s/ Mary A. Hairston-Prah     Date: 3-13-2020
Mary Ann Hairston-Prah

Prepared By:
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

SUBSCRIBED AND SWORN to before me this 13 day of March 2020.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CHRISTINE HELEN CLAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/02/23